UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Sarah Hirsch )<br>　　Plaintiff )<br>　 )<br>　v. )<br>　 )<br>University of New Hampshire )<br>　　Defendant )<br> ) | Civil Action No. 1:22-cv-00254-SE |

### STIPULATION OF DISMISSAL

NOW COMES the Parties, by and through their attorneys, and stipulate to the dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: July 3, 2023

    Respectfully Submitted,

SARAH HIRSCH
By her attorneys,
Backus, Meyer & Branch, LLP
By: __/s/ Jon Meyer_____
Jon Meyer, Esquire, NH Bar # 1744
116 Lowell Street, PO Box 516
Manchester, NH  03105-0516
(603) 668-7272
jmeyer@backusmeyer.com

Dated:  July 3, 2023

UNIVERSITY OF NEW HAMPSHIRE
 By their attorneys,
Jackson Lewis
By:  /s/ K. Joshua Scott_____
K. Joshua Scott, Esq., NH Bar # 17479
100 International Drive, Suite 363
Portsmouth, NH  03801
 (603) 559-2711
joshua.scott@jacksonlewis.com

**CERTIFICATION**

      A copy of the foregoing was sent this date via email the Court's electronic filing system to all counsel of record.

Dated:  July 3, 2023                                             /s/ Jon Meyer  
                                                                                     Jon Meyer, Esquire